# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BEN S. SACKETT,<br><br>             Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>             Defendant. | C12-5353 TSZ<br><br>ORDER REMANDING CASE |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, docket no. 21, to which no objection has been timely filed, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation.

(2) The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

(3) The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 10th day of May, 2013.

                                                   /s/ Thomas S. Zilly<br>
                                                   Thomas S. Zilly<br>
                                                   United States District Judge

ORDER REMANDING CASE - 1