1
2
3
4
5

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

6  BEN S. SACKETT,

7                          Plaintiff,         C12-5353 TSZ

8       v.

9  CAROLYN W. COLVIN, Acting                  ORDER REMANDING CASE
   Commissioner of Social Security,
10
11                         Defendant.

12      The Court, having reviewed the Report and Recommendation of the Honorable James

13  P. Donohue, United States Magistrate Judge, docket no. 21, to which no objection has been

14  timely filed, does hereby find and ORDER:

15      (1)     The Court ADOPTS the Report and Recommendation.

16      (2)     The final decision of the Commissioner is REVERSED and this case is

17  REMANDED to the Social Security Administration for further proceedings consistent with the

18  Report and Recommendation.

19      (3)     The Clerk of the Court is directed to send copies of this Order to the parties and

20  to Judge Donohue.

21      DATED this 10th day of May, 2013.

22
23                                             /s/ Thomas S. Zilly
                                               Thomas S. Zilly
24                                             United States District Judge

ORDER REMANDING CASE - 1